IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA,            )
                                     )
    Plaintiff,                       )
                                     )
FCA US LLC,                          )
                                     )
    Intervenor Plaintiff-Appellant,  )
                                     )
vs.                                  )   Case No. CV418-195
                                     )
60 AUTOMOTIVE GRILLES, et al.,       )
                                     )
    Defendants,                      )
                                     )
324 AUTOMOTIVE GRILLES,              )
                                     )
    Defendant-Appellee.              )

O R D E R

The appeal in the above-styled action having been dismissed by the United States Court of Appeals for the Eleventh Circuit, **IT IS HEREBY ORDERED** that the order of the United States Court of Appeals for the Eleventh Circuit is made the order of this Court.

SO ORDERED, this ___12th___ day of March 2020.

_____
WILLIAM T. MOORE, JR., JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA